(PC) Leonard vs. California Dept. of Corrections                                                    Doc. 3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD DONTUS LEONARD,

    Plaintiff,                    No. CIV S-06-2307 GEB KJM P

  vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.                    ORDER
_____/

        Plaintiff, a state prisoner at Folsom State Prison, has filed a document written in the form of a civil complaint. However, the language in the document is gibberish. The court will give plaintiff one opportunity to file a civil complaint on the form to be provided by the clerk of the court. If plaintiff decides to complete the form-complaint and submit it to the court, plaintiff must also either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). If plaintiff fails to comply with this order, this action will be dismissed without prejudice.

/////

/////

/////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

Dockets.Justia.com

In accordance with the above, IT IS HEREBY ORDERED that:

1. The complaint filed by plaintiff on October 18, 2006 is dismissed;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

1/mp
leon2307.nocmp