IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD DONTUS LEONARD,

      Plaintiff,                          No. CIV S-06-2307 GEB KJM P

   vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.                 <u>ORDER</u>

/

        Plaintiff, a state prisoner at Folsom State Prison, has filed a document written in the form of a civil complaint.  However, the language in the document is gibberish.  The court will give plaintiff one opportunity to file a civil complaint on the form to be provided by the clerk of the court.  If plaintiff decides to complete the form-complaint and submit it to the court, plaintiff must also either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  If plaintiff fails to comply with this order, this action will be dismissed without prejudice.

/////

/////

/////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will allowed to pay it in installments.

1

1   In accordance with the above, IT IS HEREBY ORDERED that:

2   1. The complaint filed by plaintiff on October 18, 2006 is dismissed;

3   2. Plaintiff is granted thirty days from the date of service of this order to file a
4   complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
5   Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned
6   this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also
7   submit, within thirty days from the date of this order, the application to proceed in forma
8   pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.
9   Plaintiff's failure to comply with this order will result in a recommendation that this matter be
10  dismissed; and

11  3. The Clerk of the Court is directed to send plaintiff the court's form for filing a
12  civil rights action, and the application to proceed in forma pauperis by a prisoner.

13  DATED: October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

16  1/mp
    leon2307.nocmp