IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD DONTUS LEONARD,

    Plaintiff,                    2:06-cv-2307-GEB-KJM-P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, er al.,

    Defendants.               ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 14, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On June 18, 2007 plaintiff filed a document which the court construes as objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1. The findings and recommendations filed May 14, 2007, are adopted in full; and

2. This action is dismissed without prejudice.

Dated:  July 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2